

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

D. Webb Industries, LLC
d/b/a East Texas Oilfield
Supply Company,

\* From the County Court at Law No. 2
of Midland County,
Trial Court No. CC18659.

Vs. No. 11-18-00221-CV

\* August 20, 2020

Permian Equipment Rentals, LLC,

\* Memorandum Opinion by Wright, S.C.J.
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the judgment of the trial court to delete the award of attorney's fees to Permian Equipment Rentals, LLC, and we affirm the judgment as modified. The costs incurred by reason of this appeal are taxed three-fourths against D. Webb Industries, LLC and one-fourth against Permian Equipment Rentals, LLC.